United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR MANUEL SILVA-MATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-07671 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Pending is Petitioner's motion for voluntary dismissal. *See* Doc. No. 7. Pursuant to Federal Rule of Civil Procedure 41(a), the Court **ORDERS** as follows:

1. Petitioner's motion for voluntary dismissal (Doc. No. 7) is **GRANTED.**
2. This case is **DISMISSED** without prejudice.
3. All other pending motions, if any, are **DENIED as MOOT.**
4. This case is **CLOSED**.

The Clerk will enter this Order and provide a copy to all parties of record.

SIGNED this 2nd day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE